UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:21-mj-2130-EAJ | **DATE:** | November 17, 2021 |
| **HONORABLE ELIZABTH A. JENKINS** | | **INTERPRETER:** **LANGUAGE:** | Rick Arenas and James Plunkett Spanish |
| UNITED STATES OF AMERICA v. ESTHER GARCIA ROSALVA GARCIA-MARTINEZ | | **COURTROOM:** | 10A |
| | | **GOVERNMENT COUNSEL** Maria Guzman, AUSA | |
| | | **DEFENSE COUNSEL** Wesley Trombley, CJA (for Esther Garcia) Victor Martinez, CJA (for Rosalva Garcia-Martinez) | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Kathy Rodriguez |
| **TIME** | 3:27 PM to 3:51 PM 4:12 PM to 4:42 PM | **TOTAL:** 54 minutes   **PRETRIAL** | Vanessa Mendez |

**PROCEEDINGS: INITIAL APPEARANCE - RULE 5 REMOVAL HEARING**
**(Southern District of Georgia, 5:21-cr-0009)**

Spanish interpreter, Rick Arenas, sworn in on the record. Interpreter appointed at Defendant's request.

The Indictment from the Southern District of Georgia is read to the defendants in Spanish.

Financial Affidavit submitted for approval. Court finds that Defendant qualifies for the appointment of counsel. CJA appointed to each for all further proceedings.

Court summarizes the charges and advises Defendant of Rule 5 rights.

Identity hearing waived for both defendants.

BOND:   GOVERNMENT: Oral motion for detention citing presumption and risk of flight.
        DEFENDANT: Oral motion for bond with ankle monitor and electronic monitoring by each defendant.

Government makes an oral motion for a continuance of detention hearing to Friday, November 19, 2021 for each defendant. Defense counsel for both defendants object.

The Court grants the continuance of the detention hearing to Friday, November 19, 2021 at 1:00 P.M as to Rosalva Garcia Martinez. Defense counsel confirms he is in possession of Rosalva Garcia Martinez's passport.

Oral motion for medical order by Esther Garcia.

3:51 P.M. Court takes a recess.

**PROCEEDINGS: DETENTION HEARING AS TO ESTHER GARCIA**
**(Southern District of Georgia, 5:21-cr-0009)**

Spanish interpreter, James Plunkett, sworn in on the record.

Government argues for detention as to Esther Garcia.

Defense counsel for Esther Garcia argues for bond.

Court orders defendant Esther Garcia released on home detention with GPS monitoring by Pretrial Services. Order to follow.

Oral Due Process Order recited.