# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:21-mj-2130-EAJ | **DATE:** | November 19, 2021 |
| **HONORABLE ELIZABTH A. JENKINS** | | **INTERPRETER:** | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROSALVA GARCIA-MARTINEZ | | **COURTROOM:** | 10A |
| | | **GOVERNMENT COUNSEL**<br>AUSAs Maria Guzman and Jay Hoffer | |
| | | **DEFENSE COUNSEL**<br>Victor Martinez, CJA | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Kathy Rodriguez |
| **TIME** | 1:14 PM to 1:21 PM<br>1:40 PM to 1:41 PM<br>3:11 PM to 4:03 PM | **TOTAL:** 1 hour | **PRETRIAL** | Anthony Zarate |

**PROCEEDINGS: DETENTION HEARING (Southern District of Georgia, 5:21-cr-0009)**

The defendant was not produced by the USM, as directed.

Government and defense counsel are present, as well as agent Anthony Miranda from Georgia.

The government continues their request for detention.

The court takes a recess.

The court advises that the defendant is in route from Pinellas County Jail and the hearing will continue upon her arrival.

The court takes a recess.

Agent Anthony Miranda is sworn in.

AUSA Jay Hoffer questions agent Miranda.

Defense cross examines agent Miranda.

The government's motion for detention is denied. The defendant is ordered released on a $40,000 unsecured bond with conditions of Pretrial Release, including passport surrender and home detention with electronic monitoring. The bond is to be signed by her family members Julia Rodriguez and Maricela Garcia. Order to follow.

The defendant was instructed to report to the SD/GA on December 17, 2021 at 10:00 A.M. for arraignment.

Oral Due Process order recited.